# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|   Petitioner, | ) |
| | ) |
| | )   Miscellaneous Action 08-00026-KD-M |
| | ) |
| **SUMMER DORNSTADTER,** | ) |
| | ) |
|   Respondent. | ) |

## ORDER

This action is before the Court on review of the Notice filed by the United States. (Doc. 14). In the Notice, the United States "informs the Court that the Internal Revenue Services does not require any further action on the summons enforcement at this time and requests that this matter be closed." (Id.)

The Court construes the "Notice" as a Rule 41(a)(2) Notice of Voluntary Dismissal without prejudice of its previously filed Petition to enforce a tax summons. Accordingly, it is **ORDERED** that the Notice (Doc. 14) is **GRANTED** such that the United States' action against Summer Dornstadter is hereby **DISMISSED without prejudice**.

DONE and ORDERED this 17th day of March 2011.

                                          /s/ Kristi K. DuBose
                                          KRISTI K. DuBOSE
                                          UNITED STATES DISTRICT JUDGE